**Transaction History for Individual ...093**

**Transactions found from 07/18/2021 to 07/18/2025**

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 09/01/2022 | Buy | MMTLP<br>META MATLS INC 0% PFDPFD | 50 | $1.39 | $2.32 | -$71.82 |
| 09/01/2022 | Buy | MMTLP<br>META MATLS INC 0% PFDPFD | 100 | $1.45 | $4.63 | -$149.63 |
| 04/18/2022 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 664 | $1.00 | $6.95 | -$670.95 |
| 04/18/2022 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 86 | $0.95 | $6.95 | -$88.65 |
| 02/09/2022 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 1,148 | $1.25 | $4.77 | -$1,439.77 |
| 02/09/2022 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 525 | $1.25 | $2.18 | -$658.43 |
| 12/03/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 15 | $1.40 | | -$21.00 |

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 12/03/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 25 | $1.75 | | -$43.75 |
| 12/03/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 100 | $1.80 | | -$180.00 |
| 11/23/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 1 | $1.58 | | -$1.58 |
| 11/19/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 5 | $1.52 | | -$7.60 |
| 11/04/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 100 | $1.58 | | -$158.00 |
| 10/25/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 19 | $1.13 | | -$21.47 |
| 10/25/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 527 | $1.13 | | -$595.51 |

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 10/25/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 454 | $1.12 | | -$508.48 |
| 10/18/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 100 | $1.50 | | -$150.00 |
| 10/14/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 191 | $1.44 | | -$275.04 |
| 10/14/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 85 | $1.42 | | -$120.70 |
| 10/14/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 202 | $1.42 | | -$286.84 |
| 10/13/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 820 | $1.79 | | -$1,467.80 |
| 10/13/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 1,425 | $1.78 | | -$2,536.50 |

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 10/13/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 777 | $1.80 | | -$1,398.60 |
| 10/13/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 2,209 | $1.99 | | -$4,395.91 |
| 10/13/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 355 | $1.98 | | -$702.90 |
| 10/13/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 2,774 | $2.00 | | -$5,548.00 |
| 10/13/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 300 | $2.00 | | -$600.00 |
| 10/13/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 300 | $2.00 | | -$600.00 |
| 10/13/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 300 | $2.00 | | -$600.00 |

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 10/13/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 100 | $2.00 | | -$200.00 |
| 10/13/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 100 | $2.00 | | -$200.00 |
| 10/13/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 100 | $2.00 | | -$200.00 |
| 10/13/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 400 | $2.00 | | -$800.00 |
| 10/13/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 300 | $2.00 | | -$600.00 |
| 10/13/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 100 | $2.00 | | -$200.00 |
| 10/13/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 278 | $1.99 | | -$553.22 |

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 10/13/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 50 | $1.96 | | -$98.00 |
| 10/11/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 875 | $2.00 | | -$1,750.00 |
| 10/11/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 34 | $2.56 | | -$87.04 |
| 10/11/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 71 | $2.57 | | -$182.47 |
| 10/11/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 29 | $2.57 | | -$74.53 |
| 10/11/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 100 | $2.57 | | -$257.00 |
| 10/11/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 4,374 | $2.565 | | -$11,219.31 |

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 10/08/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 1,000 | $2.00 | | -$2,000.00 |
| 10/07/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 10 | $0.70 | | -$7.00 |
| 10/07/2021 | Buy | MMTLP<br>META MATLS INC 0%PFD SUBJ TO XTRO REDEMPTION | 1 | $0.75 | | -$0.75 |

Page Total: **-$41,728.25**

(1123-3U5Y, 0924-CLCV)

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products. This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients. © 2025 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.

Account: ...093
Today's Date: 11:22 AM ET, 07/18/2025