**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

William Lee Kelly,

Plaintiff,

v.

Financial Industry Regulatory Authority, Inc. (FINRA),

Defendant.

Case No. 2:25-cv-01195-APG-DJA

**ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Having considered Plaintiff's Motion for Preliminary Injunction, the supporting memorandum, declarations, and exhibits, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

Defendant FINRA shall produce the following materials to Plaintiff within fourteen (14) days of this Order:

1. Bluesheet data for MMTLP trades on December 6-9, 2022;

2. Communications between FINRA and Meta Materials (or its representatives) from December 5-9, 2022;

3. Internal FINRA decision documents, emails, or memos related to the MMTLP U3 halt and the December 6 and 8, 2022, revised corporate actions;

4. Communications with the SEC referencing the Sam Draddy FOIA "Fraud Radar" email (dated December 5, 2022) and/or communications related to the MMTLP Corporate Actions or U3 Trading Halt;

5. Communications between FINRA and DTCC regarding MMTLP, including any minutes of meetings that excluded Meta Materials or Next Bridge Hydrocarbons;

6. Records of short positions or fails-to-deliver (FTDs) for MMTLP on December 6-9, 2022, beyond bluesheet data.

FINRA shall preserve all relevant evidence pending further order of the Court.

No security bond is required pursuant to FRCP 65(c), as the relief imposes minimal burden on Defendant and serves the public interest.

30    IT IS SO ORDERED.

31    Dated: _____, 2025

32    _____

33    UNITED STATES DISTRICT JUDGE

34