**EPG LAW GROUP**
Elias George, NV Bar No. 12379
elias@epglawgroup.com
5940 South Rainbow Blvd.
Las Vegas, NV 89118
Phone: 702-358-0933
*Attorneys for Defendant FINRA*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM LEE KELLY, | CASE NO.: 2:25-cv-01195-APG-DJA |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF COUNSEL** |
| FINANCIAL INDUSTRY REGULATORY AUTHORITY (FINRA) | |
| Defendant, | |

To: Clerk of the Court and All Parties of Record

Please take notice that Elias George of the law firm of EPG Law Group, admitted to practice before this Court, enters an appearance as counsel of record for defendant Financial Industry Regulatory Authority ("FINRA") in the above-captioned matter. All further notices and papers should be served upon the undersigned at the address and contact information listed below.

Dated: August 1, 2025

**EPG LAW GROUP**

*/s/ Elias P. George*

Elias George, NV Bar No. 12379
elias@epglawgroup.com
5940 South Rainbow Blvd.
Las Vegas, NV 89118
Phone: 702-358-0933
*Attorneys for Defendant FINRA*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 1, 2025, I served a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** through the CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by United States Mail at Las Vegas, Nevada, postage fully prepaid) upon the following:

William Lee Kelly
6126 Leaning Rock Ct.
North Las Vegas, NV 89031
William.Lee.Kelly@gmail.com
Phone: (702) 427-2763
*Plaintiff, Pro Se*

                                                _____
                                                Kimberly Rupe, EPG Law Group

