**EPG LAW GROUP**
Elias George, NV Bar No. 12379
elias@epglawgroup.com
5940 South Rainbow Blvd.
Las Vegas, NV 89118
Phone: 702-358-0933
*Attorneys for Defendant FINRA*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM LEE KELLY, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY (FINRA),<br><br>　　　　　　　　　Defendant. | CASE NO.: 2:25-cv-01195-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC. TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDEND COMPLAINT**<br><br>**(First Request)** |

　　　　Pursuant to LR IA 6-1, Defendant Financial Industry Regulatory Authority, Inc. ("FINRA"), by and through its undersigned counsel, and Plaintiff William Lee Kelly, proceeding in proper person, with good cause appearing, hereby submit this stipulation and proposed order:

　　　　1.　On August 29, 2025, FINRA filed its Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion"). ECF No. 24.

　　　　2.　On September 2, 2025, the Court entered a Minute Order setting Mr. Kelly's opposition to the Motion (the "Opposition") to be due fourteen (14) days after the Motion's filing, and FINRA's reply in support of the Motion (the "Reply") due seven (7) days thereafter. ECF No. 26.

　　　　3.　Because Mr. Kelly intends to submit a 40-page Opposition, and given the substantive nature of that forthcoming filing, *see* ECF Nos. 28 and 29, the parties desire to extend the time for FINRA to submit its Reply to fourteen (14) days after the Opposition.

　　　　4.　This is the first stipulation for extension of time for FINRA to submit its Reply.

/ / /

WHEREFORE, FINRA and Mr. Kelly jointly request that the Court extend the deadline for FINRA to file it Reply to fourteen (14) days after the Opposition.

DATED: September 5, 2025

/s/ William Lee Kelly

William Lee Kelly
William.Lee.Kelly@gmail.com
6126 Leaning Rock Ct.
North Las Vegas, NV 89031
Phone: 702-427-2763

*Pro Se Plaintiff*

DATED: September 5, 2025

EPG LAW GROUP

Elias George, NV Bar No. 12379
elias@epglawgroup.com
5940 South Rainbow Blvd.
Las Vegas, NV 89118
Phone: 702-358-0933

*Attorneys for Defendant FINRA*

**ORDER**

IT IS SO ORDERED:

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATE: September 8, 2025