**EPG LAW GROUP**
Elias George, NV Bar No. 12379
elias@epglawgroup.com
5940 South Rainbow Blvd.
Las Vegas, NV 89118
Phone: 702-358-0933
*Attorneys for Defendant FINRA*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM LEE KELLY, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> FINANCIAL INDUSTRY REGULATORY AUTHORITY (FINRA), <br><br> Defendant. | CASE NO.: 2:25-cv-01195-APG-DJA <br><br> **FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY** |

Defendant Financial Industry Regulatory Authority, Inc. ("FINRA") submits this opposition to Plaintiff William Lee Kelly's ("Kelly") Motion For Leave to File Sur-Reply (the "Sur-Reply Motion") [ECF No. 36].

Kelly seeks to file a sur-reply in further opposition to FINRA's Motion to Dismiss (the "FINRA MTD") [ECF No. 24]. Kelly contends that FINRA's reply brief in support of FINRA's MTD (the "FINRA Reply") [ECF No. 35] raises a "new argument" in the form of FINRA's objection to irrelevant and unauthenticated "evidence" Kelly attached to his opposition to the FINRA MTD [ECF No. 32]. Sur-Reply Motion, p.1. Kelly's arguments are without merit.

As an initial matter, motions for leave to file sur-replies are discouraged by the Local Rules. Local Rule 7-2(b). In the Ninth Circuit, sur-replies are "disfavored," even in the case of pro se litigants, and require a showing of good cause. *Flournoy v. Sacramento Cnty. Sheriff Dep't*, No. 2:11-cv-2844, 2017 U.S. Dist. LEXIS 156820, at *40 (E.D. Cal. Sept. 25, 2017); *Johnson v. Wennes*, No. 08-cv-1798, 2009 U.S. Dist. LEXIS 36992, at *2 (S.D. Cal. Apr. 28, 2009) ("Although the court in its discretion [may] allow the filing of a sur-reply, this discretion should be exercised in favor of allowing a sur-reply only where a valid reason for such additional briefing exists."). Kelly fails to demonstrate any good cause supporting the filing of his proposed sur-reply.

*First,* FINRA's objection to Kelly's documents could not have been made in the FINRA MTD because Kelly had not yet attached them to his opposition. "The purpose of a reply is to respond to the nonmoving party's opposition." *Werner v. Liberty Life Assur. Co.*, No. 07-CV-1506, 2008 U.S. Dist. LEXIS 140274, at *2 (C.D. Cal. Jan. 8, 2008).

*Second*, the five exhibits Kelly attached to his opposition have no bearing on the legal arguments advanced in FINRA's MTD (the Court's lack of personal jurisdiction, FINRA's absolute regulatory immunity, and Kelly's lack of any private right of action) or on whether Kelly has pleaded a claim entitling him to relief.

*Third*, the documents Kelly attached to his opposition cannot be considered in connection with FINRA's MTD as the documents have not been authenticated. *Johnson v. Fed. Home Loan Mortg. Corp.*, 793 F.3d 1005, 1007 (9th Cir. 2015) (extrinsic evidence may only be considered in connection with a Rule 12(b)(6) motion where its authenticity is undisputed).[1]

*Fourth*, the majority of the documents (32-1, 32-2, 32-5 in particular) are not appropriate for judicial notice and cannot be authenticated by Kelly.

Accordingly, Kelly fails to establish the good cause required to justify the filing of a sur-reply, so the Sur-Reply Motion should be denied. To the extent the Court is inclined to permit the sur-reply, FINRA respectfully requests leave to respond to the Sur-Reply.

DATED: September 25, 2025

**EPG LAW GROUP**

*[signature: Elias P. George]*

_____
Elias George, NV Bar No. 12379
elias@epglawgroup.com
5940 South Rainbow Blvd.
Las Vegas, NV 89118
Phone: 702-358-0933
*Attorneys for Defendant FINRA*

---

[1] While FINRA did not object to the court taking judicial notice of some of the attached documents, the court has not ruled on that motion. Further, the court taking judicial notice is a different analysis from authenticating the documents for inclusion with the opposition.



**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2025 I served a true and correct copy of the foregoing **FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY** through the CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by United States Mail at Las Vegas, Nevada, postage fully prepaid) upon the following:

William Lee Kelly
6126 Leaning Rock Ct.
North Las Vegas, NV 89031
William.Lee.Kelly@gmail.com
Phone: (702) 427-2763
*Plaintiff, Pro Se*

_____
Kimberly Rupe, EPG Law Group

