**FAEGRE DRINKER BIDDLE & REATH LLP**
John P. Mitchell (admitted *pro hac vice*)
john.mitchell@faegredrinker.com
105 College Road E
Princeton, NJ 08540
Phone: 609-716-6500

**EPG LAW GROUP**
Elias George, NV Bar No. 12379
elias@epglawgroup.com
5940 South Rainbow Blvd.
Las Vegas, NV 89118
Phone: 702-358-0933
*Attorneys for Defendant FINRA*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM LEE KELLY, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY (FINRA),<br><br>　　　　　　　　　　Defendant. | CASE NO.:  2:25-cv-01195-APG-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC. TO FILE ITS RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**(First Request)** |

　　　　Pursuant to LR IA 6-1, Defendant Financial Industry Regulatory Authority, Inc. ("FINRA"), by and through its undersigned counsel, and Plaintiff William Lee Kelly ("Kelly"), proceeding in proper person, with good cause appearing, hereby submit this stipulation and proposed order:

　　　　1.　On October 22, 2025, Kelly emailed FINRA's undersigned counsel a courtesy copy of his Second Amended Complaint ("SAC").

　　　　2.　On October 28, 2025, the SAC was filed and served upon FINRA and its counsel through the Court's CM/ECF (Case Management/Electronic Case Files). ECF No. 42.

　　　　3.　Pursuant to Federal Rules of Civil Procedure Rule 5 and the Court's prior orders, FINRA's current deadline to respond to the SAC is November 11, 20225.

　　　　4.　The parties have met and conferred and agreed that additional time is warranted to allow FINRA sufficient opportunity to prepare its response to the SAC.

1

5. Accordingly, the parties stipulate and respectfully request that the Court extend FINRA's deadline to file its response to the SAC by seven (7) days from November 11, 2025 to November 18, 2025.

6. This is the first stipulation for extension of time for FINRA to respond to the SAC and is made in good faith and not for the purpose of delay.

WHEREFORE, FINRA and Kelly jointly request that the Court extend the deadline for FINRA to file it response to the SAC from November 11, 2025 to November 18, 2025.

DATED: November 3, 2025

*/s/ William Lee Kelly*

William Lee Kelly
William.Lee.Kelly@gmail.com
6126 Leaning Rock Ct.
North Las Vegas, NV 89031
Phone: 702-427-2763

*Pro Se Plaintiff*

DATED: November 3, 2025

**EPG LAW GROUP**

*/s/ Elias George*

Elias George, NV Bar No. 12379
elias@epglawgroup.com
5940 South Rainbow Blvd.
Las Vegas, NV 89118
Phone: 702-358-0933

**FAEGRE DRINKER BIDDLE & REATH LLP**
John P. Mitchell (admitted *pro hac vice*)
john.mitchell@faegredrinker.com
105 College Road E
Princeton, NJ 08540
Phone: 609-716-6500

*Attorneys for Defendant FINRA*

**<u>ORDER</u>**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATE: _____



**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2025, I served a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC. TO FILE ITS RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT** through the CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by United States Mail at Las Vegas, Nevada, postage fully prepaid) upon the following:

William Lee Kelly
6126 Leaning Rock Ct.
North Las Vegas, NV 89031
William.Lee.Kelly@gmail.com
Phone: (702) 427-2763
*Plaintiff, Pro Se*

_____
Kimberly Rupe, EPG Law Group



3