**FAEGRE DRINKER BIDDLE & REATH LLP**
John P. Mitchell (admitted *pro hac vice*)
john.mitchell@faegredrinker.com
105 College Road E
Princeton, NJ 08540
Phone: 609-716-6500

**EPG LAW GROUP**
Elias George, NV Bar No. 12379
elias@epglawgroup.com
5940 South Rainbow Blvd.
Las Vegas, NV 89118
Phone: 702-358-0933

*Attorneys for Defendant FINRA*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM LEE KELLY, an individual,<br><br>             Plaintiff,<br><br>   vs.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY (FINRA),<br><br>             Defendant. | CASE NO.: 2:25-cv-01195-APG-DJA<br><br>**DEFENDANT FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

Pursuant to Federal Rules of Evidence 201, Defendant Financial Industry Regulatory Authority, Inc. ("FINRA"), by and through its undersigned counsel, files this Request for Judicial Notice in Support of its Motion to Dismiss Plaintiff's Second Amended Complaint (the "Request") and respectfully asks the Court to take judicial notice of, and otherwise consider, the following documents when deciding FINRA's Motion to Dismiss filed concurrently herewith:

1. Corporate Action Notice, December 8, 20220, which is publicly available at
   https://otce.finra.org/otce/dailyList?viewType=Deletions, and attached hereto as
   **Exhibit A**;

/ / /

/ / /

/ / /

1

    2.    Next Bridge Press Release, December 20, 2022, which is publicly available at https://uploads-ssl.webflow.com/6169e69d0075ec7c66221a8b/63a376a38add926dd316f36a_NBH%20News%20Release%2012-20-2022%20.pdf, and attached hereto as **Exhibit B**; and

    3.    The various FINRA rules and other publicly available filings made with the Securities and Exchange Commission ("SEC") referenced in FINRA's Motion to Dismiss filed concurrently herewith.

Courts may consider decisions from other federal district courts and other public records when deciding a motion to dismiss. *See Lawson v. Klondex Mines Ltd.*, 450 F.Supp.3d 1057, 1070-71 (D. Nev. 2020) (The "court may take judicial notice of its own records in other cases as well as court filings and other matters of public record.") (cleaned up); *see also Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) ("We may take judicial notice of court filings and other matters of public record"); *Gray v. Beverly Enterprises-Mississippi., Inc.*, 390 F.3d 400, 407 n.7 (5th Cir. 2004) ("We may take notice of another court's judicial action").

The Nevada Federal District Court ruled that a court "may properly take judicial notice of all public disclosure documents which are either required to be filed with the SEC or are actually filed with the SEC." *Lawson*, 450 F.Supp.3d at 1070-71 (D. Nev. 2020) (quoting *In re Rockefeller Ctr. Props. Sec. Litig.*, 184 F.3d 280, 293 (3d Cir. 1999); *see also Lovelace v. Software Spectrum*, 78 F.3d 1015, 1018 (5th Cir. 1996) ("When deciding a motion to dismiss a claim for securities fraud on the pleadings, a court may consider the contents of relevant public disclosure documents which (1) are required to be filed with the SEC, and (2) are actually filed with the SEC.").

Likewise, Courts regularly take judicial notice of FINRA's rules. *See, e.g.*, *Banco Safra S.A.-Cayman Islands Branch v. Samarco Mineracao S.A.*, 849 Fed. App'x 289, 294 & n.3 (2d Cir. 2021) ("We take judicial notice of FINRA's rules"); *Cashmore v. FINRA,* No. 18-CV-1198S, 2020 WL 6566302, at *4 (W.D.N.Y. Nov. 9, 2020) ("This Court takes judicial notice of FINRA and formerly the NASD's rules under Federal Rule of Evidence 201").

/ / /



In addition, the Corporate Action Notice and the Next Bridge Press Release are all publicly available documents key to Plaintiff's Second Amended Complaint [ECF No. 42]. *See generally* SAC. Thus, the Court may take judicial notice of each of the documents attached hereto when considering FINRA's Motion to Dismiss.

In short, FINRA respectfully requests that the Court take judicial notice of the foregoing documents and FINRA rules referred to in FINRA's Motion to Dismiss when deciding the motion.

DATED: November 18, 2025

**EPG LAW GROUP**

/s/ Elias P. George

Elias George, NV Bar No. 12379
elias@epglawgroup.com
5940 South Rainbow Blvd.
Las Vegas, NV 89118
Phone: 702-358-0933

**FAEGRE DRINKER BIDDLE & REATH LLP**
John P. Mitchell (admitted *pro hac vice*)
john.mitchell@faegredrinker.com
105 College Road E
Princeton, NJ 08540
Phone: 609-716-6500

*Attorneys for Defendant FINRA*



3

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2025, I served a true and correct copy of the foregoing **DEFENDANT FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** through the CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by United States Mail at Las Vegas, Nevada, postage fully prepaid) upon the following:

William Lee Kelly
6126 Leaning Rock Ct.
North Las Vegas, NV 89031
William.Lee.Kelly@gmail.com
Phone: (702) 427-2763
*Plaintiff, Pro Se*

_____
Kimberly Rupe, EPG Law Group



# EXHIBIT A

Over-the-Counter-Equities  Disclaimer

Daily List
  Additions
  Deletions
  Symbol Changes
  Security Info Changes
  Bankruptcies
  Dividends
Equity
Market
  Top
  Averages
  History
  History
  Issues
  Monthly
OTC Trade
Trading
Symbols
UPC Advisories

## Daily List Events

| | Summary | | | | |
|---|---|---|---|---|---|
| Date/Time | Event Type | Eff/Ex Date/Time | Symbol | Issue Name | Market |
| 12/08/2022 13:11:45 | Exchanged | 12/13/2022 00:00:00 | MMTLP | META MATLS INC PFD SER A | OTC Equity |

### Comments

See Daily List of 12/6/2022. Announcement Revised: MMTLP shareholders with settled positions as of 12/12/22 will receive one (1) share of Next Bridge Hydrocarbons, Inc. for every one (1) share of MMTLP held. Purchases of MMTLP executed after 12/8/22 will not receive the distribution. Will not be quoted Ex. Symbol: MMTLP will be deleted effective 12/13/22.

### Details

| | Current Value |
|---|---|
| Daily List Date/Time | 12/08/2022 13:11:45 |
| Event Type | Exchanged |
| Effective/Ex Date/Time | 12/13/2022 00:00:00 |
| Symbol | MMTLP |
| Issue Name | META MATLS INC PFD SER A |
| Class | |
| Market Category | OTC Equity |
| Offering Type | No Restrictions |
| Daily List Comment | See Daily List of 12/6/2022. Announcement Revised: MMTLP shareholders with settled positions as of 12/12/22 will receive one (1) share of Next Bridge Hydrocarbons, Inc. for every one (1) share of MMTLP held. Purchases of MMTLP executed after 12/8/22 will not receive the distribution. Will not be quoted Ex. Symbol: MMTLP will be deleted effective 12/13/22. |

Daily
  Deletions
Issue
Symbol
Daily List Date Range
Start: 12/06
End: 12/08

Effective/Ex Date Range
Start: MM/DD/YYYY
End: MM/DD/YYYY

Refine Your Results  Reset
Total Results: 30
Market

- [ ] OTCBB
- [ ] OTC Equity/Other OTC

| Daily List Date/Time | Eff/Ex Date/Time ↓ | Symbol | Issue Name | Market | Change Reason |
|---|---|---|---|---|---|
| 12/08/2022 09:44:10 | 12/16/2022 00:00:00 | ACMC | American Church Mortgage Co Common Stock | OTC Equity | Liquidation / Final Distribution |
| 12/06/2022 14:53:29 | 12/13/2022 00:00:00 | MMTLP | META MATLS INC PFD SER A | OTC Equity | Exchanged |

## Daily List Events

### Summary

| Date/Time | Event Type | Eff/Ex Date/Time | Symbol | Issue Name | Market |
|---|---|---|---|---|---|
| 12/08/2022 13:11:45 | Exchanged | 12/13/2022 00:00:00 | MMTLP | META MATLS INC PFD SER A | OTC Equity |

### Comments

See Daily List of 12/6/2022. Announcement Revised: MMTLP shareholders with settled positions as of 12/12/22 will receive one (1) share of Next Bridge Hydrocarbons, Inc. for every one (1) share of MMTLP held. Purchases of MMTLP executed after 12/8/22 will not receive the distribution. Will not be quoted Ex. Symbol: MMTLP will be deleted effective 12/13/22.

### Details

|  | Current Value |
|---|---|
| Daily List Date/Time | 12/08/2022 13:11:45 |
| Event Type | Exchanged |
| Effective/Ex Date/Time | 12/13/2022 00:00:00 |
| Symbol | MMTLP |
| Issue Name | META MATLS INC PFD SER A |
| Class |  |
| Market Category | OTC Equity |
| Offering Type | No Restrictions |
| Daily List Comment | See Daily List of 12/6/2022. Announcement Revised: MMTLP shareholders with settled positions as of 12/12/22 will receive one (1) share of Next Bridge Hydrocarbons, Inc. for every one (1) share of MMTLP held. Purchases of MMTLP executed after 12/8/22 will not receive the distribution. Will not be quoted Ex. Symbol: MMTLP will be deleted effective 12/13/22. |

| Daily List Date/Time | Eff/Ex Date/Time | Symbol | Issue Name | Market | Change Reason |
|---|---|---|---|---|---|
| | | | Exchange Traded Fund | | |
| 12/07/2022 00:00:00 | 12/08/2022 00:00:00 | OGKJL | OGK 2 JSC GDR 144A (Russia) | OTC Equity | ADR / GDR Program Terminated |
| 12/07/2022 11:08:38 | 12/08/2022 00:00:00 | RMBHF | R M B Holdings Ltd Ordinary Shares (South Africa) | OTC Equity | Inactive Security |
| 12/07/2022 11:09:47 | 12/08/2022 00:00:00 | SRNXF | Sourcenext Corp Ordinary Shares | OTC Equity | Inactive Security |

| Date/Time | Eff/Ex Date/Time | Symbol | Issue Name | Market | Status |
|---|---|---|---|---|---|
| 12/07/2022 11:10:17 | 12/08/2022 00:00:00 | SRSSF | S2 Res Ltd Ordinary Shares (Australia) | OTC Equity | Inactive Security |
| 12/07/2022 16:22:15 | 12/07/2022 16:22:15 | AXHIW | INDUSTRIAL HUMAN CAP INC Warrant 11/27/2026 | OTC Equity | Matured / Expired |
| 12/07/2022 16:22:09 | 12/07/2022 16:22:09 | AXHIU | INDUSTRIAL HUMAN CAP INC Unit 11/27/2026 | OTC Equity | Liquidation / Final Distribution |
| 12/07/2022 16:22:04 | 12/07/2022 16:22:04 | AXHI | Industrial Human Capital, Inc. | OTC Equity | Liquidation / Final |

## Daily List Events

### Summary

| Date/Time | Event Type | Eff/Ex Date/Time | Symbol | Issue Name | Market |
|---|---|---|---|---|---|
| 12/08/2022 13:11:45 | Exchanged | 12/13/2022 00:00:00 | MMTLP | META MATLS INC PFD SER A | OTC Equity |

### Comments

See Daily List of 12/6/2022. Announcement Revised: MMTLP shareholders with settled positions as of 12/12/22 will receive one (1) share of Next Bridge Hydrocarbons, Inc. for every one (1) share of MMTLP held. Purchases of MMTLP executed after 12/8/22 will not receive the distribution. Will not be quoted Ex. Symbol: MMTLP will be deleted effective 12/13/22.

### Details

| | Current Value |
|---|---|
| Daily List Date/Time | 12/08/2022 13:11:45 |
| Event Type | Exchanged |
| Effective/Ex Date/Time | 12/13/2022 00:00:00 |
| Symbol | MMTLP |
| Issue Name | META MATLS INC PFD SER A |
| Class | |
| Market Category | OTC Equity |
| Offering Type | No Restrictions |
| Daily List Comment | See Daily List of 12/6/2022. Announcement Revised: MMTLP shareholders with settled positions as of 12/12/22 will receive one (1) share of Next Bridge Hydrocarbons, Inc. for every one (1) share of MMTLP held. Purchases of MMTLP executed after 12/8/22 will not receive the distribution. Will not be quoted Ex. Symbol: MMTLP will be deleted effective 12/13/22. |

# EXHIBIT B



*NEWS RELEASE*

**NEXT BRIDGE HYDROCARBONS, INC. ANNOUNCES
COMPLETION OF SPIN-OFF FROM META MINERALS, INC.**

**FT. WORTH – December 20, 2022 – Next Bridge Hydrocarbons, Inc.** ("Next Bridge", "our", or the "Company") announced today that the spin-off of all of the issued and outstanding shares of common stock of Next Bridge by Meta Materials, Inc. ("Meta"), was successfully completed on December 14, 2022. The Company has posted a Frequently Asked Questions document regarding the spin-off on its website at https://www.nextbridgehydrocarbons.com/investors, which includes all publicly available information.

The Company also announced that its transfer agent, American Stock Transfer & Trust Company, LLC ("AST"), is in the process of mailing statements of holdings to all registered stockholders.

- If you are a **registered holder of record** (on the books of Next Bridge maintained by AST) of the MMTLP Series A Preferred Stock as of December 12, 2022 (the "Record Date"), you are considered the holder of record with respect to those shares, and AST will mail statements of holdings to all registered stockholders after the distribution is complete. No action is required for registered holders to register their shares. Registered holders may contact AST directly at:

| By Mail: | AST Shareholder Services Call Center: |
|---|---|
| American Stock Transfer & Trust Company, LLC | Toll Free: 800.937.5449 |
| ATTN: Operations Center, Reorganization Dept. | Local & International: 718-921-8124 |
| 6201 15th Avenue | Hours: 8 a.m. – 8 p.m. ET Monday-Friday |
| Brooklyn, New York 11219 | Help@astfinancial.com |

- If your MMTLP Series A Preferred Stock are held in an account at a broker, bank, broker-dealer, custodian, or other similar organizations, then you are the **beneficial owner of shares** held in "street name." You should contact your custodial institution directly if you wish to have your shares registered.

The Company anticipates meeting its reporting obligations under the Exchange Act, which includes filings of Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q and Current Reports on Form 8-K for reporting periods ending on or before December 31, 2022. The Company has also established an "Investor Form" on the Company's website, which is to be used for internal purposes only.

1

**About Next Bridge Hydrocarbons, Inc.**

The Company is an independent public reporting energy company engaged in the acquisition, exploration, exploitation and/or development of oil and natural gas properties in the United States. Our primary focus has been the development of interests in an oil and gas project consisting of 134,000 contiguous gross acres we hold in the Orogrande Basin in West Texas in Hudspeth County, Texas. In addition, we have minor interests in the Eastern edge of the Midland Basin in Texas, and two minor well interests in Oklahoma. Please visit www.nextbridgehydrocarbons.com for more information.

This press release may contain "forward-looking statements" as that term is defined in the Private Securities Litigation Reform Act of 1995. Such statements are based on management's current expectations and are subject to a number of factors and uncertainties which could cause actual results to differ materially from those described herein. Although the Company believes the expectations in such statements to be reasonable, there can be

no assurance that such expectations will prove to be correct. Information concerning the assumptions, uncertainties and risks that may affect the actual results can be found in the Company's filings with the Securities and Exchange Commission ("SEC") available on the Company's website or the SEC's website at sec.gov.

Contact:
Dennard Lascar Investor Relations
NextBridge@dennardlascar.com

2