**FAEGRE DRINKER BIDDLE & REATH LLP**
John P. Mitchell (admitted *pro hac vice*)
john.mitchell@faegredrinker.com
105 College Road E
Princeton, NJ 08540
Phone: 609-716-6500

**EPG LAW GROUP**
Elias George, NV Bar No. 12379
elias@epglawgroup.com
5940 South Rainbow Blvd.
Las Vegas, NV 89118
Phone: 702-358-0933
*Attorneys for Defendant FINRA*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM LEE KELLY, an individual,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY (FINRA),<br><br>　　　　　　　Defendant. | CASE NO.: 2:25-cv-01195-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC. TO FILE ITS REPLY IN SUPPORT OF ITS REQUEST FOR JUDICIAL NOTICE**<br><br>**(First Request)** |

　　　　Pursuant to LR IA 6-1 and LR 7-1, Defendant Financial Industry Regulatory Authority, Inc. ("FINRA"), by and through its undersigned counsel, and Plaintiff William Lee Kelly ("Kelly"), proceeding in proper person, with good cause appearing, hereby stipulate and request that the Court extend the time for FINRA to file its reply in support of its Request for Judicial Notice:

　　　　1.　On November 18, 2025, FINRA filed a Request for Judicial Notice in Support of Its Motion to Dismiss Plaintiff's Second Amended Complaint. ECF No. 48.

　　　　2.　On November 21, 2025, Kelly filed and served his Partial Opposition to the Request for Judicial Notice. ECF No. 42.

　　　　3.　The parties have met and conferred and agreed that additional time is warranted to allow FINRA to prepare its reply in light of the intervening Thanksgiving holiday period.

/ / /

1

4.  Accordingly, the parties stipulate and respectfully request that the Court extend FINRA's reply deadline by seven (7) days from November 28, 2025 to December 5, 2025.

5.  This is the first stipulation for extension of this deadline and is made in good faith and not for the purpose of delay.

WHEREFORE, FINRA and Kelly jointly request that the Court extend the deadline for FINRA to file it reply from November 28, 2025 to December 5, 2025.

| | |
|---|---|
| DATED: November 23, 2025 | DATED: November 23, 2025 |
| | **EPG LAW GROUP** |
| /s/ William Lee Kelly | /s/ Elias P. George |
| William Lee Kelly<br>William.Lee.Kelly@gmail.com<br>6126 Leaning Rock Ct.<br>North Las Vegas, NV 89031<br>Phone: 702-427-2763 | Elias George, NV Bar No. 12379<br>elias@epglawgroup.com<br>5940 South Rainbow Blvd.<br>Las Vegas, NV 89118<br>Phone: 702-358-0933 |
| *Pro Se Plaintiff* | **FAEGRE DRINKER BIDDLE & REATH LLP**<br>John P. Mitchell (admitted *pro hac vice*)<br>john.mitchell@faegredrinker.com<br>105 College Road E<br>Princeton, NJ 08540<br>Phone: 609-716-6500<br><br>*Attorneys for Defendant FINRA* |

**ORDER**

IT IS SO ORDERED:

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATE: December 1, 2025

