**FAEGRE DRINKER BIDDLE & REATH LLP**
John P. Mitchell (admitted *pro hac vice*)
john.mitchell@faegredrinker.com
105 College Road E
Princeton, NJ 08540
Phone: 609-716-6500

**EPG LAW GROUP**
Elias George, NV Bar No. 12379
elias@epglawgroup.com
5940 South Rainbow Blvd.
Las Vegas, NV 89118
Phone: 702-358-0933

*Attorneys for Defendant FINRA*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM LEE KELLY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY (FINRA),<br><br>Defendant. | CASE NO.: 2:25-cv-01195-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND PAGE LIMITS AND REPLY DEADLINE**<br><br>**(First Request)** |

Pursuant to LR IA 6-1 and LR 7-1, Defendant Financial Industry Regulatory Authority, Inc. ("FINRA"), by and through its undersigned counsel, and Plaintiff William Lee Kelly ("Kelly"), proceeding in proper person, with good cause appearing, hereby stipulate and request the following relief with respect to FINRA's Motion to Dismiss Plaintiff's Second Amended Complaint, ECF No. 47 ("Motion to Dismiss"):

1. On November 18, 2025, FINRA filed its Motion to Dismiss.

2. Under LR 7-3(b), an opposition brief is limited to 24 pages. Kelly seeks leave to file an opposition to the Motion to Dismiss not to exceed 35 pages (an 11-page increase) due to the number of claims asserted, the procedural history of the pleadings, and his status as a self-represented litigant. Good cause exists to allow the expanded page limit to ensure full and fair presentation of the issues.

/ / /

1

3. In exchange for FINRA's agreement to Kelly's requested expanded page limit, the parties further stipulate that FINRA shall have an additional seven (7) days to file its reply in support of the Motion to Dismiss, resulting in a total reply period of 14 days from the date Kelly files and e-serves his Opposition.

4. Under LR 7-3(b), a reply brief is limited to 14 pages. The parties also stipulate that FINRA may file a reply not to exceed 19 pages (a 5-page increase), if needed, to adequately address all arguments or issues raised in Kelly's 35-page opposition.

5. These extension and page-limit modifications are requested in good faith, will promote efficient adjudication of the Motion to Dismiss, and will not unduly delay proceedings.

WHEREFORE, the parties respectfully request that the Court enter an order approving this stipulation.

DATED: November 30, 2025

*/s/ William Lee Kelly*
William Lee Kelly
William.Lee.Kelly@gmail.com
6126 Leaning Rock Ct.
North Las Vegas, NV 89031
Phone: 702-427-2763

*Pro Se Plaintiff*

DATED: November 30, 2025

**EPG LAW GROUP**

*/s/ Elias P. George*
Elias George, NV Bar No. 12379
elias@epglawgroup.com
5940 South Rainbow Blvd.
Las Vegas, NV 89118
Phone: 702-358-0933

**FAEGRE DRINKER BIDDLE & REATH LLP**
John P. Mitchell (admitted *pro hac vice*)
john.mitchell@faegredrinker.com
105 College Road E
Princeton, NJ 08540
Phone: 609-716-6500

*Attorneys for Defendant FINRA*

/ / /

/ / /

/ / /

2

**ORDER**

The Court, having considered the parties' stipulation and finding good cause appearing, hereby ORDERS as follows:

1. Kelly is granted leave to file an opposition to FINRA's Motion to Dismiss, ECF No. 47, not to exceed 35 pages;

2. FINRA shall have 14 days from the date Kelly files and e-serves his opposition through the Court's CM/ECF system to file its reply; and

3. FINRA is granted leave to file a reply not to exceed 19 pages.

IT IS SO ORDERED:

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATE: December 1, 2025