# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

William Lee Kelly,

Plaintiff,

v.

Financial Industry Regulatory Authority
also known as FINRA,

Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:25-cv-01195-APG-DJA

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Defendant, Financial Industry Regulatory Authority also known as FINRA, and against Plaintiff, William Lee Kelly.

08/20/2026
Date

DEBRA K. KEMPI
Clerk

/s/ RJDG
Deputy Clerk